1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada
    LISA CARTIER-GIROUX
3   Assistant United States Attorney
    333 Las Vegas Boulevard South, Suite 5000
4   Las Vegas, Nevada  89101
    702-388-6336

FILED

Dec 10  10 54 AM '14

U.S. ...

BY___

5

6               UNITED STATES DISTRICT COURT
7                    DISTRICT OF NEVADA
                           -oOo-
8   UNITED STATES OF AMERICA,        )
                                     )
9              Plaintiff,            )   Case No.:   2:14-mj-807-GWF
                                     )
10  vs.                              )   **MOTION TO SEAL**
                                     )
11                                   )
                                     )
12  RENE RAMIREZ,                    )
                                     )
13             Defendant.            )
    _____)

14          COMES NOW the United States of America, by and through DANIEL G. BOGDEN,

15  United States Attorney, and LISA CARTIER-GIROUX, Assistant United States Attorney, and

16  respectfully moves this Honorable Court for an Order sealing the Complaint and Affidavit in the

17  above-captioned matter.

18          The Government submits that it is necessary for said documents to be sealed in light of

19  the fact that the defendant is willing to cooperate with the investigation. Consequently, the

20  Government submits that the need for secrecy far outweighs the public's right to know.

21          DATED:  December 10, 2014            Respectfully Submitted,

22                                              DANIEL G. BOGDEN
                                                United States Attorney
23

24                                              LISA CARTIER-GIROUX
                                                Assistant United States Attorney

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.:   2:14-mj-807-GWF |
| | ) | |
| | ) | **ORDER TO SEAL** |
| vs. | ) | |
| | ) | |
| RENE RAMIREZ, | ) | |
| Defendant. | ) | |

　　　Based on Government's Motion to Seal the Affidavit in the above-captioned matter and good cause appearing, therefore,

　　　IT IS SO ORDERED that the Affidavit be sealed.

　　　DATED this 10ᵗʰ day of December, 2014.

UNITED STATES MAGISTRATE JUDGE