SEALED

Federal Public Defender
411 E. Bonneville Ave. Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Fax (702) 388-6261

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Rene Ramirez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | *SEALED* |
|---|---|
| Plaintiff, | 2:14-MJ-807-GWF |
| vs. | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| RENE RAMIREZ, | (Fourth Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for defendant RENE RAMIREZ, that the preliminary hearing currently scheduled for Thursday, April 30, 2015 at 2:00 p.m., be vacated and set to a date and time convenient to this court, but no event earlier than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Since the filing of the previous stipulation, the parties remain active in case preparation, as well as negotiating a potential resolution.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

///

2

4. This is the fourth stipulation to continue filed herein

DATED this 23rd day of April, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States of America |
|---|---|
| By: /s/ Rebecca A. Levy<br>REBECCA A. LEVY<br>Assistant Federal Public Defender<br>Counsel for Robert Ashley Dotson | By: /s/ Lisa Cartier-Giroux<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney<br>Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENE RAMIREZ,<br><br>Defendant. | 2:14-MJ-807-GWF<br><br>**ORDER** |

**ORDER**

IT IS FURTHER ORDERED that the preliminary hearing currently scheduled for Thursday, April 30, 2015 at 2:00 p.m., be vacated and continued to Monday, June 15, 2015 at the hour of 4:00 p.m.

DATED this 27th day of April, 2015.

*[signature: George Foley Jr.]*
UNITED STATES MAGISTRATE JUDGE