**ORIGINAL**

*S E A L E D*

*Federal Public Defender*
*411 E. Bonneville Ave. Ste. 250*
*Las Vegas, NV 89101*
*(702) 388-6577*
*Fax (702) 388-6261*

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Rene Ramirez

```
              FILED         RECEIVED
              ENTERED       SERVED ON
                       COUNSEL/PARTIES OF RECORD

                   JUN 12 2015

              CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
        BY:                         DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>RENE RAMIREZ,<br><br>                    Defendant. | *SEALED*<br><br>2:14-mj-807-GWF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br><br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for defendant RENE RAMIREZ, that the preliminary hearing currently scheduled for Monday, June 15, 2015 at 4:00 p.m., be vacated and set to a date and time convenient to this court, but no event earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties have entered in negotiations in resolving this matter pre-indictment.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. This is the fifth stipulation to continue filed herein

2

DATED this 12th day of June, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender<br><br>By: _____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender<br>Counsel for Robert Ashley Dotson | DANIEL G. BOGDEN<br>United States of America<br><br>By: _____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney<br>Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENE RAMIREZ,<br><br>Defendant. | 2:14-mj-807-GWF<br><br>**ORDER** |

**ORDER**

IT IS FURTHER ORDERED that the preliminary hearing currently scheduled for Monday, June 15, 2015 at 4:00 p.m., be vacated and continued to Wednesday, July 15, 2015 at 4:00 p.m.

DATED this 15th day of June, 2015.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

4