

Federal Public Defender
411 E. Bonneville Ave. Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Fax (702) 388-6261

Case 2:14-mj-00807-GWF *SEALED* Document 24 *SEALED* Filed 07/14/15 Page 2 of 4
Case 2:16-cr-00028-JAD-VCF Document 25 Filed 07/15/16 Page 2 of 4

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Rene Ramirez



FILED / ENTERED
JUL 1 3 2015
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | *SEALED* |
| Plaintiff, | 2:14-mj-807-GWF |
| vs. | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| RENE RAMIREZ, | (Sixth Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for defendant RENE RAMIREZ, that the preliminary hearing currently scheduled for July 15, 2015 at 4:00 p.m., be vacated and set to a date and time convenient to this court, but no event earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties have entered in negotiations in resolving this matter pre-indictment.
2. The defendant is not incarcerated and does not object to the continuance.
3. The parties agree to the continuance.
4. This is the sixth stipulation to continue filed herein

2

DATED this 13th day of July, 2015.

RENE L. VALLADARES  
Federal Public Defender

By: /s/  
REBECCA A. LEVY  
Assistant Federal Public Defender  
Counsel for Rene Ramirez

DANIEL G. BOGDEN  
United States of America

By: /s/  
LISA CARTIER-GIROUX  
Assistant United States Attorney  
Counsel for the Plaintiff

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENE RAMIREZ,<br><br>Defendant. | 2:14-mj-807-GWF<br><br>**ORDER** |

**ORDER**

IT IS FURTHER ORDERED that the preliminary hearing currently scheduled for July 15, 2015 at 4:00 p.m., be vacated and continued to August 24, 2015 at the hour of 4:00 p.m.

DATED this 14th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

George Foley Jr.

4