ORIGINAL

S E A L E D

Federal Public Defender
411 E. Bonneville Ave. Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Fax (702) 388-6261

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Rene Ramirez

✓ FILED         ___ RECEIVED
___ ENTERED     ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

AUG 2 1 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RENE RAMIREZ,<br><br>    Defendant. | *SEALED*<br><br>2:14-mj-807-GWF<br><br>**STIPULATION TO CONTINUE**<br>**PRELIMINARY HEARING**<br><br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for defendant RENE RAMIREZ, that the preliminary hearing currently scheduled for August 24, 2015 at 4:00 p.m., be vacated and set to a date and time convenient to this court, but no event earlier than seven (7) days.

This Stipulation is entered into for the following reasons:

1. The parties have entered in negotiations in resolving this matter pre-indictment.
2. The defendant is not incarcerated and does not object to the continuance.
3. The parties agree to the continuance.
4. This is the seventh stipulation to continue filed herein

2

DATED this 20th day of August, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States of America |
| By: /s/<br>REBECCA A. LEVY<br>Assistant Federal Public Defender<br>Counsel for Rene Ramirez | By: /s/<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney<br>Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:14-mj-807-GWF |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| RENE RAMIREZ, | |
| Defendant. | |

**ORDER**

IT IS FURTHER ORDERED that the preliminary hearing currently scheduled for August 24, 2015 at 4:00 p.m., be vacated and continued to September 11, 2015 at 4:00 p.m.

DATED this 24th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE