S E A L E D

**Federal Public Defender**
*411 E. Bonneville Ave. Ste. 250*
*Las Vegas, NV 89101*
*(702) 388-6577*
*Fax (702) 388-6261*

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender<br>State Bar No. 11479<br>REBECCA A. LEVY<br>Assistant Federal Public Defender<br>411 E. Bonneville Avenue, Suite 250<br>Las Vegas, Nevada 89101<br>(702) 388-6577/Phone<br>(702) 388-6261/Fax<br><br>Attorneys for Rene Ramirez | ✓ FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>COUNSEL/PARTIES OF RECORD<br><br>SEP 1 1 2015<br><br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY:_____ DEPUTY |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RENE RAMIREZ,<br><br>　　　　Defendant. | *SEALED*<br><br>2:14-mj-807-GWF<br><br>**STIPULATION TO CONTINUE<br>PRELIMINARY HEARING**<br><br>(Eighth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for defendant RENE RAMIREZ, that the preliminary hearing currently scheduled for September 11, 2015 at 4:00 p.m., be vacated and set to a date and time convenient to this court, but no event earlier than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties have entered in negotiations in resolving this matter pre-indictment.

　　　　2.　　The defendant is not incarcerated and does not object to the continuance.

　　　　3.　　The parties agree to the continuance.

　　　　4.　　This is the eighth stipulation to continue filed herein

DATED this 10th day of September, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender<br><br>By: _____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender<br>Counsel for Rene Ramirez | DANIEL G. BOGDEN<br>United States of America<br><br>By: _____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney<br>Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:14-mj-807-GWF |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| RENE RAMIREZ, | |
| Defendant. | |

**ORDER**

IT IS FURTHER ORDERED that the preliminary hearing currently scheduled for September 11, 2015 at 4:00 p.m., be vacated and continued to October 1, 2015 at the hour of 4:00 p.m.

DATED this 11th day of September, 2015.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

4