# FILED

## UNDER

# SEAL

STEVEN MYHRE
Acting United States Attorney
ELHAM ROOHANI
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00289-JCM-CWH-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| Rene RAMIREZ | ) | PRETRIAL RELEASE |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Zack Bowen, Senior United States Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 3rd day of August, 2017.

STEVEN MYHRE
Acting United States Attorney

By __/S/_____.
ELHAM ROOHANI
Assistant U. S. Attorney

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. RENE RAMIREZ                                  Docket No. 2:15-CR-00289-JCM-CWH-1

Petition for Action on Conditions of Pretrial Release

COMES NOW ZACK BOWEN, SENIOR UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Rene Ramirez. The defendant initially appeared on December 12, 2014, before Your Honor. and was subsequently ordered released on a personal recognizance bond, with the following conditions of release:

1. Pretrial Services Supervision.
2. Refrain from the use or possession of controlled substances.
3. Do not associate with or be in the presence of those using or possessing controlled substances.
4. Submit to an initial urinalysis. If positive, then the defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance and pay associated costs, based upon ability.
5. Actively seek and maintain lawful and verifiable employment, or be enrolled in an education program, and notify Pretrial Services prior to any change.
6. Travel is restricted to Clark County, Nevada, unless preapproved by Pretrial Services.
7. Maintain residence at the Las Vegas Community Correction Center (LVCCC) as Pretrial Services or the supervising officer considers necessary and pay associated costs, based upon ability.
8. The defendant not be employed in, or be present in any setting, directly involving minor children.
9. Submit to a mental health assessment and treatment as deemed necessary by Pretrial Services and pay associated costs, based upon ability.
10. The defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the pretrial services officer.

    - Active Global Positioning System (GPS) Monitoring

    This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:

    - You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention)

11. The defendant must not possess any pornographic or erotic images, including movies, books, magazines, or any such material.
12. The defendant is to have no contact with minor children without adult supervision.
13. The defendant shall not have access to any computers. Furthermore, the defendant shall have no access to any device (PDA's, Cell Phones, Playstations, etc.) capable of Internet, Instant Messaging, IRC Servers, and the World Wide Web.
14. Avoid all contact with alleged victim(s) or potential witness.
15. Refrain from the use or possession of a firearm or destructive device or other dangerous weapon.

On October 22, 2015, Mr. Ramirez was referred by the U.S. Attorney's Office as a Pretrial Diversion Candidate. On January 20, 2016, Mr. Ramirez appeared before U.S. District Judge James C. Mahan. On that same date, Mr. Ramirez completed a Waiver of Indictment, a Criminal Information charging him with Receipt of Child Pornography was filed, and he entered into his Pretrial Diversion Program for a period not to exceed 18 months. On August 2, 2017, the U.S. Attorney's Office filed a Notice of Termination of Pretrial Diversion. On today's date, the defendant appeared before U.S. District Judge James C. Mahan for a status conference and his Pretrial Diversion was revoked. The defendant is now pending criminal proceedings and he is scheduled for jury trial on September 25, 2017.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. Failed to participate in an education program and provide proof to our office.
2. Failed to obtain employment.
3. The defendant has missed the following treatment sessions: April 25, 2017, defendant cancelled session; May 2, 2017, defendant cancelled session; May 10, 2017, no call no show. Defendant did not reschedule another session until May 25, 2017; June 8, 2017, no call no show. Defendant did not reschedule another session until June 27, 2017; July 18, 2017, no call no show.
4. On April 10, 2017, the defendant was in possession of a cell phone that could access the internet.
5. On April 10, 2017, the defendant admitted to accessing the internet on multiple occasions on the cell phone he was in possession of.
6. On April 10, 2017, the defendant was in possession of a cell phone that contained numerous images and videos of pornography, including anime images depicting child pornography.
7. On August 2, 2017, the U.S. Attorney's Office provided information that a subsequent search of the defendant's cell phone revealed numerous images of bestiality, including one self-produced video featuring the defendant and his dog; KIK chat logs and images sent by an unknown individual who sent "revenge porn" photos of his ex-girlfriend to the defendant; Gmail, KIK, Skype, Snapchat, and Yahoo mail accounts all belonging to the defendant.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 3rd day of August, 2017, and ordered filed and made a part of the records in the above case.

Honorable George W. Foley, Jr.
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 3rd day of August, 2017.

Respectfully Submitted,

Zack Bowen
Senior United States Pretrial Services Officer
Place: Las Vegas, Nevada