FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 2 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENE RAMIREZ,<br><br>Defendant. | Case No.: 2:15-cr-289-JCM-CWH<br><br>**ORDER**<br><br>**Re: Physical Restraints** |

Prior to Defendant's Revocation of Pretrial Release Hearing on August 22, 2017, the undersigned made an individualized determination that there are compelling reasons for the safety of others and to prevent escape that Defendant should be placed in leg restraints during the hearing. This decision is based on Defendant's prior criminal history which includes a conviction for receipt of child pornography.

**IT IS SO ORDERED.**

DATED this 22nd day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge