# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00289-JCM-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| RENE RAMIREZ, | |
| Defendants. | |

Presently before the court is defendant Rene Ramirez's sealed ex parte motion for appointment of new counsel (ECF No. 74), filed on February 14, 2018. The court having read and considered the motion, and good cause appearing,

IT IS ORDERED that the defendant Rene Ramirez's sealed ex parte motion for appointment of new counsel (ECF No. 74) is GRANTED.

IT IS FURTHER ORDERED that the court's CJA Administrator must identify substitute counsel for defendant Rene Ramirez. Once substitute counsel is identified, the court will enter a separate order appointing counsel.

DATED: February 21, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**