# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RENE RAMIREZ,

    Defendants.

Case No. 2:15-cr-00289-JCM-CWH

**ORDER**

Presently before the court is the government's emergency ex parte motion for reassignment of CJA counsel (ECF No. 77), filed under seal on February 22, 2018. The court having read and considered the motion, and good cause appearing,

IT IS ORDERED that the government's emergency ex parte motion for reassignment of CJA counsel (ECF No. 77) is GRANTED.

IT IS FURTHER ORDERED that the court's order (ECF No. 76) appointing Dustin R. Marcello as CJA counsel is VACATED.

IT IS FURTHER ORDERED that **Yi Lin Zheng** is APPOINTED as counsel for Rene Ramirez for all future proceedings. The Federal Public Defender's office must forward the file to Ms. Zheng forthwith.

DATED: February 23, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**