

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-289-JCM-CWH |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| RENE RAMIREZ, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and 18 U.S.C. § 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant Rene Ramirez to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant Rene Ramirez pled guilty. Superseding Criminal Information, ECF No. 68; Change of Plea, ECF No. 66; Plea Agreement, ECF No. 69; Preliminary Order of Forfeiture, ECF No. 70.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 10, 2017, through December 9, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 71.

| | |
|---|---|
| 1 | This Court finds no petition was filed herein by or on behalf of any person or entity |
| 2 | and the time for filing such petitions and claims has expired. |
| 3 | This Court finds no petitions are pending with regard to the property named herein |
| 4 | and the time for presenting such petitions has expired. |
| 5 | THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that |
| 6 | all possessory rights, ownership rights, and all rights, titles, and interests in the property |
| 7 | hereinafter described is condemned, forfeited, and vested in the United States of America |
| 8 | pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § |
| 9 | 2253(a)(1) and (a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law: |

1. Kyocera Model C6740N Hydro Wave Cellular Phone, Serial Number 62ee08364d; and
2. SanDisk 16GB MicroSD Memory Card

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED April 2, 2019, 2019.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

2