**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>          v.<br><br>RENE RAMIREZ,<br><br>                Defendant. | Case No. 2:15-cr-00289-JCM-CWH<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Ramirez was scheduled for sentencing on July 8, 2024 in his federal SORNA case, 21-cr-215-JAD-NJK.

2. The government requested a continuance. The Court reset sentencing for August 12, 2024 and ordered further briefing.

3. Mr. Ramirez's sentence in the SORNA case will affect defense counsel's sentencing strategy in this case.

4. The parties agree to the continuance.

5. Mr. Ramirez is in custody and does not object to a continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided. Additionally, denial of this request for continuance could result in a miscarriage of justice.

3

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

## ORDER

IT IS FURTHER ORDERED that the revocation hearing is continued to **August 21, 2024, at 10:30 a.m.**

DATED this 10th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE

4