JACQUELINE M. TIRINNANZI, ESQ.
Nevada Bar Number 13266
6675 S. Tenaya Way, Suite 200
Las Vegas, NV 89113
Phone: (728) 777-2785
Email: jfjtlaw@gmail.com
*Attorney for Defendant Rene Ramirez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>RENE RAMIREZ,<br><br>       Defendant. | **Stipulation to Continue Sentencing Hearing**<br><br>Case No. 2:15-cr-289-GMN-CWH |

IT IS HEREBY STIPULATED AND AGREED, by Jacqueline Tirinnanzi, Esq., counsel for defendant Rene Ramirez, and Joshua Brister, Assistant United States Attorney, that the sentencing hearing currently scheduled for June 12, 2026, at 10:00 a.m. be continued to a time that is convenient for the Court, but no earlier than September 15, 2026.

This Stipulation is entered into for the following reasons:

1.     The sentencing hearing is currently scheduled for June 12, 2026.

2.     Ramirez is presently in Nevada state custody serving a lengthy state sentence, and will not be released from state custody until 2030.

3.     Ramirez is incarcerated at the Ely State Prison, and defense counsel has not been able to speak to him to discuss the case. Additional time is needed to arrange a visit with Ramirez.

4.     Defense counsel also plans to file a sentencing memorandum on behalf of Ramirez, and additional time is needed to prepare said memorandum.

5.      Moreover, counsel for the government has an upcoming trial scheduled for August, and has requested that the hearing be continued until after the trial.

6.      The parties agree that it is in the interest of justice to ensure that all sentencing issues are fully investigated and addressed before the sentencing hearing, and the parties have adequate time to fully prepare for the hearing. Given Ramirez's lengthy state sentence, time is not of the essence in this case.

7.      The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

Dated: May 21, 2026.


/s/ Jacqueline M. Tirinnanzi_____
JACQUELINE M. TIRINNANZI, ESQ.
*Counsel for Defendant Rene Ramirez*

/s/ Joshua Brister_____
JOSHUA BRISTER
Assistant United States Attorney
*Counsel for the Government*

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

RENE RAMIREZ,

      Defendant.

**ORDER**

Case No. 2:15-cr-289-GMN-CWH

### <u>FINDINGS OF FACTS</u>

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      The sentencing hearing in this case is currently scheduled for June 12, 2026.

2.      Defendant Rene Ramirez is presently in Nevada state custody serving a lengthy state sentence, and will not be released from state custody until 2030.

3.      Ramirez is incarcerated at the Ely State Prison, and defense counsel has not been able to speak to him to discuss the case. Additional time is needed to arrange a visit with Ramirez.

4.      Defense counsel also plans to file a sentencing memorandum on behalf of Ramirez, and additional time is needed to prepare said memorandum.

5.      Moreover, counsel for the government has an upcoming trial scheduled for August.

6.      The parties agree it is in the interest of justice to ensure that all sentencing issues are fully investigated and addressed before the sentencing hearing, and the parties have adequate time to fully prepare for the hearing.

7.      The additional time requested by this Stipulation is made in good faith and not for purposes of delay. The Court finds good cause to continue the sentencing hearing.

### ORDER

IT IS THEREFORE ORDERED, that the sentencing hearing currently scheduled for June 12, 2026, at 10 a.m. be continued to September 22 , 2026, at 11:00 AM.

DATED this ___26___ day of May, 2026

_____
Hon. Gloria M. Navarro
United States District Judge

4