TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6370 (phone)
joshua.brister@usdoj.gov
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,
Plaintiff,

v.

RENE RAMIREZ,

Defendant.

Case No. 2:15-cr-00289-GMN-CWH

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR RENE RAMIREZ (ID # 1287965)**

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, High Desert State Prison, Indian Springs, Nevada, and the United States Marshal for the District of Nevada to produce RENE RAMIREZ before the United States District Court on or about October 14, 2026, at the hour of 9:30 a.m., in Courtroom 7D, for a Resentencing Hearing.

RENE RAMIREZ is currently in the custody of the Warden, High Desert State Prison, Indian Springs, Nevada.

On September 9, 2026, the Honorable Gloria M. Navarro continued the Resentencing Hearing to October 14, 2026.

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce RENE RAMIREZ before this Court

for the purpose of a Resentencing Hearing and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada.

Dated: September 28, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States

/s/ ______________________
JOSHUA BRISTER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

RENE RAMIREZ,

Defendant.

Case No. 2:15-cr-00289-GMN-CWH

**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR RENE RAMIREZ (ID # 1287965)**

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of RENE RAMIREZ before the United States District Court at Las Vegas, Nevada, on or about October 14, 2026, at the hour of 9:30 a.m., in Courtroom 7D for a Resentencing Hearing and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 28, 2026.

HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE